FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 24 PM 4:27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## STATE OF LOUISIANA 02-1611

| | |
|---|---|
| **JOHN HELMERS**<br>**Plaintiff** | **CIVIL ACTION** |
| | **NUMBER:** SECT. S MAG. 4 |
| **VS.** | |
| | **DIVISION:** |
| **FOX SEAFOODS, INC., RODNEY FOX, GENE FOX and KENNETH A. FOX**<br>**Defendant** | **IN ADMIRALTY** |

**************************************************************************

## ***COMPLAINT***

The Complaint of JOHN HELMERS a major domiciled in the Parish of St. Bernard, State of Louisiana, with respect represents:

1.

The following persons are hereby made defendant:

1. FOX SEAFOODS, INC., a domestic corporation authorized to do and doing business in the State of Louisiana;

Fee 150.00
Process
X Dktd
CtRmDep
Doc. No

2. RODNEY L. FOX, a major domiciled in the Parish of Plaquemines, State of Louisiana;

3. GENE FOX, a major domiciled in the Parish of Plaquemines, State of Louisiana;

4. KENNETH A. FOX, a major domiciled in the Parish of Plaquemines, State of Louisiana.

2.

The defendant, FOX SEAFOODS, INC. transacts business in this jurisdiction and has an agent for service of process herein.

3.

This is an admiralty and maritime claim pursuant, as such, to Rule 9(h).

4.

On or about May 28, 2001, the defendants, FOX SEAFOODS, INC., RODNEY L. FOX, GENE FOX and KENNETH A. FOX operated and/or controlled an oyster lease located in Bay Lafourche, Plaquemines Parish.

5.

At the time of the allision complained of herein, JOHN HELMERS was traveling on the open and navigable waters of Bay Lafourche, Plaquemines Parish, State of Louisiana.

6.

On or about May 28, 2001, claimant was injured when his fishing vessel struck an obstruction to navigation; namely a pipe protruding from the oyster lease owned and/or controlled by the defendants.

7.

The cause of this allision was the negligence of the defendants.

8.

As a result of this allision, the Claimant has sustained severe injuries to his mind, body and limbs; he has sustained injuries to his face, neck, eyes and shoulders; he has in the past required and in the future will require medical treatment; he has in the past and will in the future continue to expend monies for medical care for the injuries he sustained in this allision.

9.

Claimant has sustained damages in the amount of $250,000 for pain and suffering, mental anguish, disfigurement and scarring, lost earnings and medical expenses.

WHEREFORE, CLAIMANT PRAYS that the defendants be duly cited to appear and answer this Complaint, that they be served with a certified copy of same and that after due proceedings there be judgment rendered in favor of claimant, JOHN HELMERS and against defendant(s), FOX SEAFOODS, INC., RODNEY L. FOX, GENE FOX and KENNETH A. FOX, jointly and/or in solido in the amount of TWO HUNDRED

FIFTY THOUSAND AND NO/100 [$250,000.00] DOLLARS, together with legal interest from the date of injury until paid, plus all costs of these proceedings.

**CARIMI LAW FIRM**
**A LAW CORPORATION**

BY: ______________________
DARRYL J. CARIMI
Louisiana Bar No: 3878
Suite 200
5500 Veterans Boulevard
Metairie, Louisiana 70003
Telephone: (504) 831-2641
Fax No: (504) 837-7962

PLEASE SERVE:

**FOX SEAFOODS, INC.**
Through its registered agent:
Phillip F. Cossich, Jr.
8056 Highway 23
Belle Chasse, Louisiana

**RODNEY L. FOX**
111 Lake Park Drive
Belle Chasse, Louisiana 70037

**GENE FOX**
29425 Highway 23
Port Sulphur, Louisiana 70083

**KENNETH A. FOX**
3678 Highway 39
Braithwaite, Louisiana 70040